

MAR 7 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| BRYAN M. TARTER,<br><br>Plaintiff,<br><br>vs.<br><br>THRONE LAW OFFICE, P.C., and<br>JACOB T. HASEMAN,<br><br>Defendants. | CV 17-123-BLG-SPW<br><br>ORDER |

Upon the Plaintiff's Notice of Settlement and Unopposed Motion to Vacate Final Pretrial Conference and Jury Trial (Doc. 39), and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED** that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference scheduled for Wednesday, March 13, 2019 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Trial scheduled for Monday, March 25, 2019 at 9:00 a.m. is **VACATED.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 7th day of March, 2019.

SUSAN P. WATTERS
United States District Judge