## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION



FILED

MAR 1 4 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| BRYAN M. TARTER, | CV 17-123-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| THRONE LAW OFFICE, P.C., and JACOB T. HASEMAN, | |
| Defendants. | |

Upon the parties' Stipulation to Dismiss with Prejudice (Doc. 41), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED with prejudice**, with each party to bear their own costs and attorneys' fees.

DATED this _14th_ day of March, 2019.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1